IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 20-0314, DA 20-0315

IN THE MATTERS OF

S.P. and K.L.N.,

Youths in Need of Care

**ORDER**

Upon consideration of Appellant Mother, K.S.'s, motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. 20-0314 and 20-0315 are hereby consolidated under Cause No. DA 20-0314 and henceforth captioned In the Matters of S.P. and K.L.N.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
July 22 2020